UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., *a minor, by and through his guardian ad litem Adam Billiet and guardian ad litem Corrie Billiet*<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY SUPERINTENDENT OF SCHOOLS, et al.,<br><br>Defendants. | Case No. 1:19-cv-00941-NONE-EPG<br><br>**ORDER MODIFYING SCHEDULING CONFERENCE ORDER AND CONTINUING MID-DISCOVERY STATUS CONFERENCE**<br><br>(ECF No. 28) |

In their joint mid-discovery status conference report (ECF No. 28), the parties request that the scheduling conference order (ECF No. 24) be modified to extend discovery and dispositive motion deadlines. The Court finds good cause for and accordingly grants the requested extensions of time, and continues the mid-discovery status conference.

IT IS ORDERED that the scheduling conference order (ECF No. 24) is modified as follows:

| Event | Current deadline/date | New deadline/date |
|---|---|---|
| Non-expert discovery cutoff | July 10, 2020 | October 8, 2020 |
| Expert disclosure | August 10. 2020 | November 9, 2020 |
| Rebuttal expert disclosure | September 9, 2020 | December 8, 2020 |
| Expert discovery cutoff | October 9, 2020 | January 7, 2021 |
| Dispositive motion filing deadline | December 18, 2020 | March 18, 2021 |
| Pretrial conference | March 16, 2021 | Vacated, to be reset if needed |
| Jury trial | May 18, 2021 | Vacated, to be reset if needed |

IT IS FURTHER ORDERED that the mid-discovery status conference, currently set for May 4, 2020, is continued to **September 9, 2020**, at 9:30 a.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also directed to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **April 9, 2020**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE