UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B, a minor, by and through his Parents and Guardians ad Litem, ADAM AND CORRIE BILLIET,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY SUPERINTENDENT OF SCHOOL, and CURTIS CREEK ELEMENTARY SCHOOL DISTRICT, and DOES 1 - 30, Inclusive,<br><br>Defendants. | No.  1:19-cv-00941-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 31) |

Plaintiff, J.B., a minor, by and through his parents and guardians ad litem, Adam Billiet and Corrie Billiet, filed this action on July 9, 2019. (Doc. No. 1.) On July 21, 2020, plaintiff filed a motion for approval of a minor's compromise. (Doc. No. 31.) This motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule 302, and the Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California (Doc. No. 26-1).

On August 31, 2020, the assigned magistrate judge entered findings and recommendations recommending that the motion for approval of a minor's compromise be granted. (Doc. No. 37.) The parties were provided with an opportunity to file objections to the findings and recommendations within fourteen days. (*Id.*) No objections have been filed and the time to do so

1

has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

The findings and recommendations entered August 31, 2020 (Doc. No. 37) are adopted in full;

Within thirty (30) days of entry of this order, the $300,000 lump sum settlement funds shall be distributed as follows:

Reimbursement for costs in the amount of $73,696 are to be paid to Plaintiff's parents, Adam and Corrie Billiet;

Attorneys' fees in the amount of $75,000 are to be paid to Leigh Law Group, P.C.; and

The balance of $151,304 is to be paid to the Leigh Law Group, P.C. client trust account for further payment to the special needs trust established by J.B.'s parents, which is to be monitored by the state superior court; and

The parties are directed to file appropriate papers to dismiss or otherwise conclude this action in its entirety within sixty (60) days of entry of this order.

IT IS SO ORDERED.

Dated:   **September 21, 2020**                              /s/ Dale A. Drozd
                                                                                                UNITED STATES DISTRICT JUDGE