UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B, a minor, by and through his Parents and Guardians ad Litem, ADAM AND CORRIE BILLIET,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY SUPERINTENDENT OF SCHOOL, and CURTIS CREEK ELEMENTARY SCHOOL DISTRICT, and DOES 1 - 30, Inclusive,<br><br>　　　　　　Defendants. | Case No.  1:19-cv-00941-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 42) |

　　　Plaintiff J.B., a minor, by and through his parents and guardians ad litem, Adam Billiet and Corrie Billiet, and Defendants Tuolumne County Superintendent of School and Curtis Creek Elementary School District have filed a stipulation to dismiss the entire action with prejudice. (ECF No. 42.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　Dated:  **December 11, 2020**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1